IN THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Greenbelt Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| *v.* | ) | Case No. 14-MJ-1130 |
| **CARL SHEERER** | ) | |
| *Defendant* | ) | |

RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

COMES NOW the Defendant, Carl Sheerer, by and through counsel and respectfully responds to the Government's Motion for a Protective Order.

1. The Defendant does not oppose the Government's request to redact personal identifying information from any materials provided in discovery.

2. The Defendant requests a trial before a United States District Court Judge.

Respectfully submitted,

/s/

Daniel J. Wright, Esq.
Bar No. 17243
20 Courthouse Square, Suite 212
Rockville, MD 20850
Phone: 301-655-8130
djwrightesq@gmail.com

## Certificate of Service

I hereby certify that on August 10, 2014, a copy of the foregoing document was electronically filed and made available to:

Hollis R. Weisman, Esq.
Frank J. Balsamello, Esq.
*Office of the US Attorney*
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

/s/
Daniel J. Wright